# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 1 8 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  DF  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Robert Montenegro | **WARRANT FOR ARREST**<br>19715-509<br><br>**Case Number:** 21CR0611-GPC<br><br>~~NOT FOR PUBLIC VIEW~~ |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Robert Montenegro_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

18 USC 3146 - Failure to Appear on 3/2/2021 before Judge Crawford

DATE: 03/16/2021
ARRESTED BY: CI
USMS El Centro
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

In violation of Title ___See Above___ United States Code, Section(s) _____

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ Margot Niebla | 3/3/2021 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___   by ___The Honorable Karen S. Crawford___
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |